1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAVID B. TOWNSEND,

              Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

              Defendant.

Case No. SACV 13-402-JEM

**JUDGMENT**

      In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: August 22, 2013

                                   */s/ John E. McDermott*
                                   JOHN E. MCDERMOTT
                       UNITED STATES MAGISTRATE JUDGE